**Samuel G. EUBANKS, M.D., et al., Plaintiffs–Appellees,**

v.

**R. David STENGEL, Commonwealth Attorney for Jefferson County, et al., Defendants,**

A.B. Chandler, III, Attorney General of the Commonwealth of Kentucky, in his official capacity and his successors in office, Defendant–Appellant.

No. 98–6671.

United States Court of Appeals, Sixth Circuit.

Argued: Dec. 15, 1999

Decided and Filed: July 31, 2000

Kimberly A. Parker (briefed), Matthew P. Previn (briefed), Wilmer, Cutler & Pick-

ering, A. Stephen Hut, Jr. (argued and briefed), Washington, DC, Carrie Y. Flaxman (briefed), Dechert, Price & Rhoads, Philadelphia, PA, Eve C. Gartner (briefed), Catherine Weiss (briefed), Jennifer Dalven (briefed), New York, NY, David A. Friedman (briefed), Fernandez, Friedman, Grossman & Kohn, Louisville, KY, for Plaintiffs–Appellees.

Ann K. Benfield (briefed), Louisville, KY, Adam L. Frank (briefed), Schulte Roth & Zabel, New York, NY, for Amicus Curiae.

Before: GUY and CLAY, Circuit Judges; BECKWITH,* District Judge.

## OPINION

PER CURIAM.

After reviewing the briefs and the record and having heard oral argument, we held this case in abeyance pending the decision by the United States Supreme Court in *Stenberg v. Carhart*, —— U.S. ——, 120 S.Ct. 2597, 147 L.Ed.2d 743 (2000). The appeal in *Carhart* involved a challenge to Nebraska's partial birth abortion statute and presented issues very similar to those involved in this challenge to the Kentucky partial birth abortion statute.

After carefully reviewing the decision in *Carhart* we conclude that it is controlling in this case, and that the district court was correct when it held that the Kentucky statute is unconstitutional.

**AFFIRMED.**

---

* The Honorable Sandra S. Beckwith, United States District Judge for the Southern District of Ohio, sitting by designation.